UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE: MELIN RODRIGUEZ | CASE NO: 19-13103 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 31 |

On 10/2/2019, I did cause a copy of the following documents, described below,

Debtor's Motion for Confirmation of Amended Chapter 13 Plan ECF Docket Reference No. 31

Notice of Hearing 31-1

Amended Chapter 13 Plan 29

Declaration of Melin Rodriguez to Support Valuation of 2011 Chevrolet HHR 30

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2019

/s/ /s/ Christina L Henry
/s/ Christina L Henry  31273
Henry& DeGraaff, PS
787 Maynard Ave S
Seattle, WA  98104
206 330 0595

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

IN RE: MELIN RODRIGUEZ

CASE NO: 19-13103

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 31

On 10/2/2019, a copy of the following documents, described below,

Debtor's Motion for Confirmation of Amended Chapter 13 Plan ECF Docket Reference No. 31

Notice of Hearing 31-1

Amended Chapter 13 Plan 29

Declaration of Melin Rodriguez to Support Valuation of 2011 Chevrolet HHR 30

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Christina L Henry
Henry& DeGraaff, PS
787 Maynard Ave S
Seattle, WA  98104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CERTIFIED                              CASE INFO                                    ATT
7018 3090 0001 1021 8670                                                            PO BOX 5014
                                         LABEL MATRIX FOR LOCAL NOTICING            CAROL STREAM IL 60197-5014
REGIONAL ACCEPTANCE CORPORATION        09812
ATTN WILLIAM JONES CEO                 CASE 19-13103-TWD
1424 EAST FIRE TOWER ROAD              WESTERN DISTRICT OF WASHINGTON
GREENVILLE NC 27858                    SEATTLE
                                       WED OCT 2 07-53-01 PDT 2019


ALLTRAN FINANCIAL LP                   BECU                                         BECU CARD SERVICES
PO BOX 610                             PO BOX 97050                                 PO BOX 84707
SAUK RAPIDS MN 56379-0610              SEATTLE WA 98124-9750                        SEATTLE WA 98124-6007


BOEING EMPLOYEE CREDIT UNION HELOC     CNB                                          CITI CARDS
PO BOX 97050                           900 BROAD ST                                 PO BOX 78019
SEATTLE WA 98124-9750                  NEWARK NJ 07102-2611                         PHOENIX AZ 85062-8019


CITICARD                               CLEVELAND INSTITUTE OF ELECTRONICS           COLORADO TECHNICAL UNIVERSITY ONLINE
ATTN BANKRUPTCY                        1776 E 17TH ST                               SPRINGS CAMPUS 4435 NORTH CHESTNUT
PO BOX 790040                          CLEVELAND OH 44114-3679                      STREE
SAINT LOUIS MO 63179-0040                                                           COLORADO SPRINGS CO 80907-3895


COMPUTER CREDIT INC                    CREDITONE BANK                               DEPARTMENT OF EDUCATION
2525 EAST 29TH AVE                     PO BOX 60500                                 FEDLOAN SERVICING
10B-100                                CITY OF INDUSTRY CA 91716-0500               PO BOX 790234
SPOKANE WA 99223-4855                                                               ST LOUIS MO 63179-0234


FEDLOAN SERVICING                      FIRST PREMIER BANK                           FIRST PREMIER BANK
PO BOX 60610                           PO BOX 5524                                  3820 N LOUISE AVE
HARRISBURG PA 17106-0610               SIOUX FALLS SD 57117-5524                    SIOUX FALS SD 57107-0145


                                                                                    EXCLUDE
FRONTLINE ASSET STRATEGIES             HSAM                                         CHRISTINA L HENRY
2700 SNELLING AVE N 250                2201 LIND AVE SW STE 200                     HENRY DEGRAAFF PS
SAINT PAUL MN 55113-1783               RENTON WA 98057-3376                         787 MAYNARD AVE S
                                                                                    SEATTLE WA 98104-2907


IRS                                    LVNV FUNDING LLC                             LENDMARK
CENTRALIZED INSOLVENCY OPERATION       RESURGENT CAPITAL SERVICES                   101 SW 41ST ST A
PO BOX 7346                            PO BOX 10587                                 RENTON WA 98057-4974
SIOUX FALLS SD 57107                   GREENVILLE SC 29603-0587


LENDMARK FINANCIAL SERVICES            MTC FINANCIAL INC DBA TRUSTEE                MONEYTREE
2118 USHER ST                          CORPS                                        528 RAINIER AVE S
COVINGTON GA 30014-2434                500 UNION STREET 620                         RENTON WA 98057-2443
                                       SEATTLE WA 98101-3921
```

MONEYTREE
PO BOX 58363
SEATTLE WA 98138-1363

OUTSOURCE RECEIVABLES
MANAGEMENT
1349 WASHINGTON BLVD
OGDEN UT 84404-5744

PENN CREDIT CORP
PO BOX 988
HARRISBURG PA 17108-0988

PLAZA SERVICES LLC
110 HAMMOND DRIVE SUITE 110
ATLANTA GA 30328-4806

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

PROGRESSIVE LEASING
256 W DATA DR
DRAPER UT 84020-2315

QVC
STUDIO PARK
WEST CHESTER PA 19380-4262

RECEIVABLES PERFORMANCE
20816 44TH AVE W
LYNNWOOD WA 98036-7744

REGIONAL ACCEPTANCE
CORPORATION
PO BOX 830913
BIRMINGHAM AL 35283-0913

REGIONAL ACCEPTANCE CORPORATION
PO BOX 1847
WILSON NC 27894-1847

REGIONAL ACCEPTANCE CORPORATION
PO BOX 580075
CHARLOTTE NC 28258-0075

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

DEBTOR
MELIN RODRIGUEZ
5312 S AVON ST
SEATTLE WA 98178-2817

SECURITY CREDIT SYSTEMS INC
100 RIVER ROCK DR 200
BUFFALO NY 14207-2163

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165-0450

SELECT PORTFOLIO SERVICING INC
10401 DEERWOOD PARK BLVD
JACKSONVILLE FL 32256-5007

SKY TRAIL CASH LOAN
PO BOX 1115
LAC DU FLAMBEAU WI 54538-1115

SKYTRAIL CASH
NINGODWAASWI LLC
PO BOX 1115
LAC DU FLAMBEAU WI 54538-1115

EXCLUDE
NATHAN F J SMITH
MALCOLM CISNEROS ALC
2112 BUSINESS CTR DR 2ND FL
IRVING CA 92612-7135

SWEDISH HOSPITAL
CO ARSTRAT
PO BOX 34191
SEATTLE WA 98124-1191

SWEDISH MEDICAL GROUP
PO BOX 84026
SEATTLE WA 98124-8426

TEA OLIVE LLC
PO BOX 1931
BURLINGAME CA 94011-1931

UW MEDICAL CENTER
PO BOX 34737
SEATTLE WA 98124-1737

UMPQUA BANK
500 SE CASS AVE
ROSEBURG OR 97470-3103

EXCLUDE
UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE WA 98101-4438

VALENTINE KEBARTAS INC
15 UNION ST
LAWRENCE MA 01840-1866

VERIZON
PO BOX 660108
DALLAS TX 75266-0108

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

VIRGINIA MASON CLINIC
PO BOX 34924
SEATTLE WA 98124-1924

EXCLUDE
JASON WILSON AGUILAR
600 UNIVERSITY ST 1300
SEATTLE WA 98101-4102