Judge: Timothy W. Dore
Chapter: 13

# United States Bankruptcy Court
Western District of Washington at Seattle

In RE:  Chapter 13 Case # 19-13103

Melin Rodriguez
5312 S Avon St
Seattle, Wa 98178

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
March 11, 2020

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

Jason Wilson-Aguilar
Chapter 13 Trustee

Chapter 13 Case No. 19-13103

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Boeing Employee Cr Union<br>Bankruptcy Management<br>Ms1056-1<br>Po Box 97050<br>Seattle, WA 98124 | $2,054.00<br>Clm#: 4<br>Level: 10<br>EFT Pmts | C - Current 2Nd Mortgage<br>@ $169.47 Per Month<br>Comm: SD 11-19/5312 S Avon St<br>Acct # 1516/DOT 10-05 |
| Boeing Employee Cr Union<br>Bankruptcy Management<br>Ms1056-1<br>Po Box 97050<br>Seattle, WA 98124 | $603.92<br>Clm#: 28<br>Level: 40<br>EFT Pmts | U - Unsecured<br><br>Comm:<br>Acct # 3458 |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle, WA 98101 | $0.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br><br>Comm:<br>Acct # |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $679.49<br>Clm#: 26<br>Level: 32<br>Pmts Go To | M - Irs<br><br>Comm: I17<br>Acct # x2058 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $228.22<br>Clm#: 51<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: Penalty<br>Acct # x2058 |

| Creditor | Amount / Clm# / Level / Pmts | Classification / Comments |
|---|---|---|
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 52<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: W1Q13/F13/UNASSESSED<br>Acct # x4216 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 25<br>Level: 98<br>Corr Only | Y - Notice Only<br><br>Comm:<br>Acct # |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 53<br>Level: 98<br>Pmts Go To | Y - Notice Only<br><br>Comm: See clms 26,51 & 52<br>Acct # |
| Jefferson Capital Systems Llc<br>Po Box 772813<br>Chicago, IL 60677 | $1,100.00<br>Clm#: 10<br>Level: 40<br>EFT PMT | U - Unsecured<br><br>Comm: Premier Bankcard<br>Acct # 6300 |
| Mtc Financial<br>500 Union St # 620<br>Seattle, WA 98101-3921 | $0.00<br>Clm#: 24<br>Level: 98 | Y - Notice Only<br><br>Comm: Select Portfolio Servicing<br>Acct # |
| Outsource Receivables<br>1349 Washington Blvd<br>Ogden, UT 84404-5744 | $516.84<br>Clm#: 35<br>Level: 40 | U - Unsecured<br><br>Comm: Umpqua Bank<br>Acct # |
| Pro Se<br><br>, 00000 | $0.00<br>Clm#: 0<br>Level: 9<br>000050 | Prior Attorney<br><br>Comm:<br>Acct # |
| Progressive Leasing<br>256 West Data Drive<br>Draper, UT 84020 | $0.00<br>Clm#: 22<br>Level: 98 | Surrender Collateral                                    S<br><br>Comm: Leased Furniture<br>Acct # listed in Sched D |
| Regional Acceptance Corporation<br>Po Box 1847<br>Bankruptcy Section/100-50-01-51<br>Wilson, NC 27894-1847 | $1,100.00<br>Clm#: 15<br>Level: 20 | E - Secured By Vehicle<br>@ $50.00 Per Month<br>Comm: SD 11-19/11 Chev HHR/NO APP p<br>Acct # 0124/MATURED/Plan Rules Coll V |
| Regional Acceptance Corporation<br>Po Box 1847<br>Bankruptcy Section/100-50-01-51<br>Wilson, NC 27894-1847 | $11,142.69<br>Clm#: 41<br>Level: 40 | U - Unsecured<br><br>Comm: SPLIT/11 Chevy HHR<br>Acct # 0124 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603 | $1,194.44<br>Clm#: 42<br>Level: 40 | U - Unsecured<br><br>Comm: LVNV/Credit One<br>Acct # 5349 |

| Creditor | Amount | Claim Info | Type/Comments |
|---|---|---|---|
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $368.75 | Clm#: 30<br>Level: 40 | U - Unsecured<br>Comm: LVNV/Citibank Costco<br>Acct # 2591 |
| Select Portfolio Servicing Inc<br>Attn: Payment Processing<br>Po Box 65450<br>Salt Lake City,UT 84165 | $71,784.30 | Clm#: 23<br>Level: 17 | D - 1St Mortgage Delinquency<br>@ $1,205.00 Per Month<br>Comm: Dlq ~ 8/19 (Pet dt)<br>Acct # 8533 |
| Select Portfolio Servicing Inc<br>Attn: Payment Processing<br>Po Box 65450<br>Salt Lake City,UT 84165 | $3,365.44 | Clm#: 50<br>Level: 31 | ) - Post Petition Mortgage Delq<br>Comm: 9-19~10-19 (2 post pet pmts)<br>Acct # 8533 |
| Select Portfolio Servicing Inc<br>Attn: Payment Processing<br>Po Box 65450<br>Salt Lake City,UT 84165 | $0.00 | Clm#: 16<br>Level: 10 | Continuing Debt<br>@ $1,682.72 Per Month<br>Comm: SD 11-19/5312 S Avon St<br>Acct # 8533/ DOT 8-05 |
| Swedish Medical Center Issaquah<br>Mailstop: 54103244<br>Dallas,TX 75266-0064 | $252.22 | Clm#: 11<br>Level: 40 | U - Unsecured<br>Comm:<br>Acct # 1733 |
| Tea Olive Llc<br>Po Box 1931<br>Burlingame,CA 94011 | $3,388.73 | Clm#: 37<br>Level: 40 | U - Unsecured<br>Comm: Plaza Services/One Main<br>Acct # 5665 |
| Verizon<br>By American Infosource As Agent<br>Po Box 4457<br>Houston,TX 77210-4457 | $686.70 | Clm#: 19<br>Level: 40 | U - Unsecured<br>Comm:<br>Acct # 0001 |

**Total Claimed Amount: $98,465.74**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

March 11, 2020

CC: Henry & Degraaff, P.S.
787 Maynard Ave S
Seattle, WA 98104

Jason Wilson-Aguilar, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax: (206) 624-5282