The Honorable Timothy W. Dore
Chapter 13
Hearing Date: November 18, 2020
Hearing Time: 9:30 AM
Hearing Location: Telphonic
Response Due: November 12, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Melin Rodriguez,<br><br>  Debtor. | Case No. Case No. 19-13103 - TWD<br><br>Chapter: 13<br><br>NOTICE OF HEARING ON DEBTOR'S MOTION FOR MODFIFICATION OF CONFIRMED PLAN |

**PLEASE TAKE NOTICE** that the hearing on Debtor's Motion for Modification of Confirmed Chapter 13 Plan will be held on November 18, 2020

| JUDGE: | The Honorable Timothy W. Dore |
|---|---|
| PLACE: | Telephonic Hearing<br>Dial: 1-888-363-4749<br>Enter Access Code: 2762430#<br>Press the # sign<br>Enter Security Code when prompted: 5334#<br>Speak your name when prompted |
| DATE: | November 18, 2020 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **November 12, 2020** |

**IF YOU OPPOSE** the Motion, you must file your written response with the Court Clerk and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE, which is November 12, 2020**.** If you file a response you are also required at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this October 28, 2020.

Henry & DeGraaff, P.S.
*/s/ Christina L. Henry*
Christina L. Henry, WSBA 31273
787 Maynard Ave S.
Seattle, WA 98104

NOTICE OF HEARING ON DEBTOR'S MOTION FOR
AMENDED CHAPTER 13 PLAN - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 19-13103-TWD    Doc 67-1    Filed 10/28/20    Ent. 10/28/20 13:50:17    Pg. 1 of 1