# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Melin Rodriguez,<br><br>           Debtor. | Case No. 19-13103 - TWD<br><br>Chapter: 13<br><br>DECLARATION OF MELIN RODRIGUEZ IN SUPPORT OF DEBTOR'S MOTION FOR MODIFICATION OF CONFIRMED CHAPTER 13 PLAN |

THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion. Now, therefore, it is ORDERED that

    1. The amended plan [Docket No. 42] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b) and (d).

    2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

_/s/ *Christina L Henry*_
Christina L Henry, WSBA #31273
Attorney for Debtor