**Below is the Order of the Court.**



_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**

(Dated as of Entered on Docket date above)

1
2
3
4
5
6

_____

7
8
9
10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Melin Rodriguez,

            Debtor.

Case No. 19-13103 - TWD

Chapter:  13

ORDER GRANTING
MODIFICATION OF CONFIRMED
CHAPTER 13 PLAN

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

    THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

    1. The amended plan [Docket No. 71] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b).

    2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

    Presented by:

ORDER - 1

/s/ Christina L Henry
Christina L Henry, WSBA #31273
Attorney for Debtor
HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
chenry@hdm-legal.com
Tel# 206-330-0595

ORDER - 2