Entered on Docket April 6, 2023

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| | No. 19-13103-TWD |
| MELIN RODRIGUEZ, | ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS |
| Debtor. | |

THIS MATTER came before the Court on the debtor's Motion for Approval to Disburse Homeowner Assistance Funds (HAF) Grant (ECF No. 80) and Chapter 13 Trustee's Response (ECF No. 82). For the reasons stated by the Court at the April 5, 2023 hearing, it is

ORDERED that:

1) The debtor's Motion for Approval to Disburse Homeowner Assistance Funds (HAF) Grant (ECF No. 80) is granted;

2) Washington State Housing Finance Commission (Housing Finance Commission) may disburse the HAF Grant directly to debtor's mortgage servicer, Select Portfolio Servicing, Inc., on behalf of U.S. Bank, N.A., as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 (ECF Claim No. 10); and

3) Within five days of the Housing Finance Commission disbursing the funds, the debtor, her attorney or the Housing Finance Commission shall file a sworn declaration attesting to (a) the exact amount Housing Finance Commission paid and (b) to whom.

/ / /End of Order/ / /

ORDER GRANTING DEBTOR'S MOTION
FOR APPROVAL TO DISBUSRE
HOMEOWNER ASSISTANCE FUNDS - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ Jason Wilson-Aguilar*, WSBA #33582
JASON WILSON-AGUILAR
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Christina Latta Henry* [approved by email]
Christina Latta Henry, WSBA #31273
Attorney for Debtor

ORDER GRANTING DEBTOR'S MOTION
FOR APPROVAL TO DISBUSRE
HOMEOWNER ASSISTANCE FUNDS - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282