The Honorable Timothy W. Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Melin Rodriguez,

            Debtor.

Case No. 19-13103 - TWD

Chapter: 13

DECLARATION OF BRUCE MICHAEL RE DISTRIBUTION OF HOMEOWNER ASSISTANCE FUND GRANT

I, Bruce Michael, declare as follows:

1. I am the HAF Director and have personal knowledge of the facts in this declaration and am competent and willing to testify to the trust thereof is called upon to do so.

2. On the 11th of April, 2023, the Washington State Housing Finance Commission disbursed a Homeowner's Assistance Funds Grant ("HAF") in the amount of $49,021.17 to the mortgage servicer, Specialized Portfolio Servicing, Inc. ("SPS"), on behalf of her mortgage lender, U.S. Bank, N.A., as trustee for the holders of First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10. *See* Exhibit A.

3. These HAF funds were paid to cure the reinstatement of mortgage arrears provided by SPS on account of a promissory note secured by a deed of trust on property located at 5312 S. Avon St, Seattle, WA 98178 and owned by Melin Rodriguez, the Chapter 13 debtor in this case.

(Proposed) ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT

HENRY & DEGRAAFF, P.S.
113 CHERRY ST, PMB 58364
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595

Case 19-13103-TWD    Doc 89    Filed 04/14/23    Ent. 04/14/23 13:56:30    Pg. 1 of 3

This declaration is made under penalty of perjury under the laws of the State of Washington this 14th of April, 2023 and executed at Seattle, WA.

_____
Bruce Michael

(Proposed) ORDER GRANTING DEBTOR'S
MOTION FOR APPROVAL TO DISBURSE
HOMEOWNER ASSISTANCE FUNDS (HAF)
GRANTED - 2

Henry & DeGraaff, P.S.
113 Cherry St, PMB 58364
Seattle, Washington 98104
telephone (206) 330-0595

Case 19-13103-TWD    Doc 89    Filed 04/14/23    Ent. 04/14/23 13:56:30    Pg. 2 of 3

Exhibit A

Proof of ACH

**Transaction Details**

| | |
|---|---|
| ECS Process ID | WSHC |
| File ID | 35784323 |
| File Name | wshc_0747297582023040410_pgmanager_file.csv_37058943_DAVIS404_20230410125435626 |
| Number of Transactions | 20 |

**Transaction Details**

| | |
|---|---|
| Transaction Number | 75807819 |
| Payment Amount | 146,115.24 (USD) |
| Effective Date | 04/11/2023 |
| Payment Type | Domestic ACH |
| Originator Account Number | xxxxxx0203 |
| Receiver Account Number | *****8744 |
| Credit or Debit | Credit |
| Transaction Status | APPROVED |
| Transaction Reference | 17630000690015 |

**Payee Details**

**Decision Details**

**Invoice Details**

| Number | Gross Amount | Discount Amount | Withholding Amount | Net Amount | Currency | Description |
|---|---|---|---|---|---|---|
| 1  002865726 | 42,443.63 | 0.00 | | 42,443.63 | USD | Ho 31741 14TH WAY SW |
| 2  001615414 | 54,650.44 | 0.00 | | 54,650.44 | USD | Toler Jr 3632 64TH AVE W |
| 3  001130653 | 49,021.17 | 0.00 | | 49,021.17 | USD | Rodriguez 5312 S AVON ST |

(Proposed) ORDER GRANTING DEBTOR'S
MOTION FOR APPROVAL TO DISBURSE
HOMEOWNER ASSISTANCE FUNDS (HAF)
GRANT - 3

HENRY & DeGRAAFF, P.S.
113 CHERRY ST, PMB 58364
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595

Case 19-13103-TWD    Doc 89    Filed 04/14/23    Ent. 04/14/23 13:56:30    Pg. 3 of 3